United States District Court

Eastern District of Louisiana

Baker

v.                                              CIVIL ACTION NO. 2:00-cv-00168
                                                                          D(2)
Kinko's Inc


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 19, 2000.

                                                By Direction of the Court

                                                LORETTA G. WHYTE, CLERK


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 18 P 4: 50

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHELLE BAKER**<br>Plaintiff, | * * * | CIVIL ACTION<br>NO. **00-0168** |
| versus | * * | SECTION " " |
| **KINKO'S, INC.**<br>Defendant | * * * | MAGISTRATE |
| * * * * * * * * * * * * * * * * | | **SECT D MAG 2** |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

**NOW INTO COURT**, through undersigned counsel, comes Kinko's, Inc. ("Kinko's") who respectfully avers:

1.

Petitioner is the defendant in a civil suit filed on September 7, 1999 in the Civil District Court for the Parish of Orleans, State of Louisiana, styled "Michelle Baker v. Kinko's, Inc." Docket No. 99-14228, Division "G". A copy of the citation and Petition, and a copy of Petitioner's Motion for Extension of Time to Move, Answer, or Otherwise Plead, are attached as



Fee $150.00
___ Process
X Dktd _____
___ _____
Doc. No. _____

449794-1

**Exhibit "A".** These pleadings constitute all process, pleadings, and orders in the state court proceedings to date in this suit.

2.

On December 21, 1999, Kinko's was served, through its agent for service of process, CT Corporation Systems, with the original Petition and citation. This was the first receipt of a copy of the plaintiff's Petition setting forth a claim for relief. No other proceedings have been had in the state court suit.

3.

The above-described action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331 (federal question jurisdiction), in that it is a civil action founded on a claim or right arising under the laws of the United States of America. Plaintiff's Petition asserts that Petitioners violated her rights under Title I of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, *et seq*. *See* Petition for Damages, Para.. IV. Therefore, it is removable to federal court without regard to citizenship or residency of the parties in controversy. 28 U.S.C. § 1331; 28 U.S.C. § 1441(b); *Talk v. Delta Airlines, Inc.*, 165 F.3d 1021, 1023-1024 (5th Cir. 1999); *Gantar v. Hibernia National Bank*, 1995 WL 41714 (E.D. La. 1995); *Keil v. Cigna*, 978 F.Supp. 1365, 1366-67 (D.Colo. 1997).

4.

Pursuant to this Court's supplemental jurisdiction, 28 U.S.C. § 1367(a), and principles of pendent jurisdiction, this Court has jurisdiction over the remaining state law claims asserted in plaintiff's Petition. *See* Petition for Damages, Para.. IV.

5.

Pursuant to this Court's supplemental jurisdiction, 28 U.S.C. § 1367(a), and principles of pendent jurisdiction, this Court has jurisdiction over the remaining claims asserted in plaintiff's Petition.

6.

This Notice of Removal is filed within thirty (30) days after service of the state court's citation and plaintiff's "Petition for Damages."

7.

Upon the filing of the Notice, Petitioner has at the same time given written notice to the plaintiff, through her counsel, by furnishing copies of this Notice and attachments, and will file forthwith notice of this Removal in the Civil District Court for the Parish of Orleans.

**WHEREFORE**, Petitioner prays that this action be removed from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

**CHAFFE, McCALL, PHILLIPS, TOLER & SARPY, L.L.P.**

_____
G. PHILLIP SHULER (#12047)
ZENEL A. DOUCET (#26267)
2300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-2300
**Attorneys for Defendant,
Kinko's, Inc.**