

MINUTE ENTRY
WILKINSON, M.J.
May 24, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHELLE BAKER | CIVIL ACTION |
| VERSUS | NO. 00-168 |
| KINKO'S, INC. | SECTION "D" (2) |

     Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to defendant's Motion to Compel Discovery Responses, set for hearing on May 24, 2000 at 11:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

     IT IS ORDERED that the motion is GRANTED. Plaintiff is HEREBY ORDERED to respond to defendant's discovery requests fully and in writing, in accordance with Fed. R. Civ. P. 33 and 34, and to make all responsive documents available to defendant's

DATE OF ENTRY
MAY 2 5 2000

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc.No._____

counsel, within ten (10) days of entry of this order. All objections to the discovery requests, except on the grounds of attorney-client privilege and work product doctrine, are deemed waived. In addition, plaintiff is ORDERED to pay to defendant $150.00 in attorney's fees under Fed. R. Civ. P. 37(a)(4) for her complete failure to respond to discovery served on March 16, 2000.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE