


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 28 P 3: 46

LORETTA G. WHYTE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHELLE BAKER** | * | CIVIL ACTION |
| | * | NO. 00-0168 |
| versus | * | |
| | * | SECTION "D" |
| **KINKO'S, INC.** | * | |
| | * | MAGISTRATE 2 |

* * * * * * * * * * * * * * * *

### DEFENDANT'S *EX PARTE* MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO ENFORCE COURT ORDER AND MOTION FOR SANCTIONS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Kinko's, Inc. ("Kinko's"), who respectfully moves this Honorable Court *ex parte* for leave to file a brief supplemental memorandum in support of its Motion to Dismiss or, in the alternative, Motion to Enforce Court Order and Motion for Sanctions. Kinko's original motion and supporting memorandum were filed on June 20, 2000.

Although plaintiff provided some responses to Kinko's first set of interrogatories and first request for production of documents, her responses are incomplete. Kinko's asks that plaintiff be required to complete her responses by July 5, 2000. Kinko's further requests that plaintiff be monetarily sanctioned for her continued dilatory conduct, her violation of this Court's order, and her failure to completely respond to Kinko's discovery.

DATE OF ENTRY
JUN 30 2000



469226-1

WHEREFORE, Kinko's respectfully requests that this Honorable Court grant this motion for leave to file the supplemental memorandum.

Respectfully submitted,

**CHAFFE, McCALL, PHILLIPS, TOLER & SARPY, L.L.P.**

*Zenel A. Doucet*
G. PHILLIP SHULER (T.A.) (#12047)
ROBERT B. LANDRY (#18998)
ZENEL A. DOUCET (#26267)
2300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
**Attorneys for Defendant,
Kinko's, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that I have on June 27, 2000 served a copy of the foregoing pleading upon opposing counsel via telefacsimile and by placing same in the United States mail, properly addressed, and first class postage prepaid.

*Zenel A. Doucet*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHELLE BAKER** | * | **CIVIL ACTION** |
| | * | **NO. 00-0168** |
| versus | * | |
| | * | **SECTION "D"** |
| **KINKO'S, INC.** | * | |
| | * | **MAGISTRATE 2** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing,

**IT IS ORDERED** that defendant, Kinko's, Motion for Leave for File Supplemental Memorandum in Support of Motion to Dismiss, or in the Alternative, Motion to Enforce Court Order and Motion for Sanctions is hereby **GRANTED**.

New Orleans, Louisiana, this 27 day of _June_, 2000.

_____
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

469226-1                                    3