

MINUTE ENTRY
McNAMARA, CHIEF JUDGE
JULY 5, 2000

               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHELLE BAKER | * | CIVIL ACTION |
| VERSUS | * | NO: 00-168 |
| KINKO'S, INC. | * | SECTION: "D"(2) |

    Before the court is a **Motion to Dismiss** filed by Defendant, Kinko's, Inc. ("Kinko's"). The motion is set for hearing on Wednesday, July 12, 2000. The court is advised by counsel for Kinko's that they wish to withdraw the motion at this time.

    Accordingly, Defendant's **Motion to Dismiss** is hereby **WITHDRAWN**.

               *   *   *   *

DATE OF ENTRY
JUL 5 - 2000