

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHELLE BAKER | CIVIL ACTION |
| VERSUS | NO. 00-168 |
| KINKO'S, INC. | SECTION "D" (2) |

**IT IS ORDERED** that a **Settlement Conference** is set in this case on **October 4, 2000 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

<u>Counsel for all parties are instructed to submit their respective settlement position letters on or before **October 3, 2000**, for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.</u>

New Orleans, Louisiana, this _____ day of August, 2000.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. A. J. MCNAMARA

DATE OF ENTRY
AUG 3 1 2000

Fee_____
Process_____
X /Dktd_____
CtRmDep_____
Doc.No._____