```
                                          FILED
                                     U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                     2000 SEP 13 PM 2:31

                                      LORETTA G. WHYTE
                                           CLERK
```

MINUTE ENTRY
McNAMARA, CHIEF JUDGE
SEPTEMBER 13, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHELLE BAKER | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0168 |
| KINKO'S, INC. | * | SECTION: "D"(2) |

Before the court is the **"Motion for Summary Judgment"** filed by Defendant, Kinko's, Inc. **_No memorandum in opposition was filed._** The motion, set for hearing on Wednesday, September 6, 2000, is before the court on Defendant's brief, without oral argument.

Having reviewed the Defendant's memorandum (together with the "Statement of Material Facts Not in Dispute", and the attached summary judgment evidence), the record and the applicable law, the court finds that Defendant's motion should be granted without opposition. Accordingly;

**IT IS ORDERED** that Defendant's **"Motion for Summary Judgment"** be and is hereby **GRANTED**, dismissing all of Plaintiff's claims against Defendant with prejudice.

* * * * * *

DATE OF ENTRY
SEP 1 4 2000