```
                                    FILED
                                U.S. DISTRICT COURT
                                EASTERN DISTRICT OF LA

                                2000 SEP 13  PM 2:31

                                  LORETTA G. WHYTE
                                       CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHELLE BAKER | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0168 |
| KINKO'S, INC. | * | SECTION: "D"(2) |

## JUDGMENT

For reasons set forth in this court's Minute Entry of September 13, 2000 wherein the court granted the Motion for Summary Judgment filed by Defendant, Kinko's, Inc.,

**IT IS ORDERED, ADJUDGED AND DECREED** that Judgment be entered herein in favor of Defendant, Kinko's, Inc., and against Plaintiff, Michelle Baker, dismissing all of Plaintiff's claims asserted against Defendant, with prejudice and at Plaintiff's costs.

New Orleans, Louisiana, this 13 day of Sept., 2000.

DATE OF ENTRY
SEP 14 2000

_____
A. J. McNAMARA
**CHIEF JUDGE**